```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  DARYL CURTIS GLENN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0023 OWW |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date:  April 27, 2009 |
| DARYL CURTIS GLENN, | ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |
| *Defendant.* | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for March 23, 2009 at 9:00 a.m. may be continued to **April 27, 2009 at 9:00 a.m.**

This stipulation is entered into at the defendant's request as additional time is necessary for case preparation.

///
///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: March 19, 2009          By:  /S/ David Gappa
                                      DAVID GAPPA
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


                                      DANIEL J. BRODERICK
                                      Federal Public Defender

DATED: March 19, 2009          By /s/ Victor M. Chavez
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Daryl Curtis Glenn


                                    **O R D E R**

IT IS SO ORDERED.

**Dated:   March 19, 2009**             **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE