DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYL CURTIS GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0023 OWW |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: June 8, 2009 |
| DARYL CURTIS GLENN, | ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |
| *Defendant.* | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for April 27, 2009 at 9:00 a.m. may be continued to **June 8, 2009 at 9:00 a.m.**

This stipulation is entered into at the defendant's request as additional time is necessary to review the discovery in this case.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and 3161(h)(8)(A).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: April 23, 2009                By:  /S/ David Gappa
                                                     DAVID GAPPA
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: April 23, 2009                By  /s/ Victor M. Chavez
                                                   VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Daryl Curtis Glenn


## O R D E R

IT IS SO ORDERED.

**Dated: April 23, 2009**                  **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE