UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff        )      1:08-cr-00023 OWW
                                 )
        v.                       )
                                 )      ORDER DENYING STIPULATION TO
                                 )      CONTINUE MOTIONS HEARING
                                 )
DARYL CURTIS GLENN,              )
                                 )
                Defendant        )


     The Stipulation to Continue hearing on Suppression Motion
filed on August 18, 2009 is hereby DENIED.



Dated: August 19, 2009            /s/ OLIVER W WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1