DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYL CURTIS GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0023 OWW |
| *Plaintiff,* | ORDER RE: DEFENDANT GLENN'S REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS |
| v. | |
| DARYL CURTIS GLENN, | |
| *Defendant.* | |

**O R D E R**

It is hereby ordered that defendant Daryl Curtis Glenn's request for additional time in which to file motions in limine and any other pretrial motions is hereby granted. The new motions schedule is as follows: Defense motions are due November 23, 2009 ; Government motions are due: December 4, 2009; the hearing on motions is: December 7, 2009  at 9:00 a.m.


DATED:  November 17, 2009            /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger, Senior Judge
                                     United States District Court