```
BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
BRIAN W. ENOS
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>DARYL CURTIS GLENN,                   )<br>                                      )<br>            Defendant.                )<br>_____) | 1:08-cr-00023 OWW<br><br>**ORDER REGARDING MOTIONS IN LIMINE** |

On December 7, 2009, the following matters came on for regular hearing before this Court:

1. Plaintiff United States' Motion in Limine to Exclude Evidence, Argument or Reference to Defendant's Possible Punishment (Doc. 44);

2. Plaintiff United States' Motion in Limine to Exclude Reference to Court's Rulings on Allegedly Coerced Statements of the Defendant (Doc. 45); and

3. Defendant Daryl Curtis Glenn's Motion in Limine to Exclude Post-Arrest Statements Made on January 31, 2008 (Doc. 48).

1    Victor M. Chavez appeared on behalf of defendant.  David L.
2 Gappa and Brian W. Enos appeared on behalf of the United States.
3    After considering all papers filed in connection with the
4 above motions, as well as oral argument of the respective
5 parties, the Court **HEREBY ORDERS**: (1) the United States' motion
6 in limine to exclude evidence, argument or reference to
7 defendant's possible punishment if convicted at trial is **GRANTED**;
8 (2) the United States' motion in limine to exclude reference to
9 any evidence or argument that statements obtained from defendant
10 were coerced, involuntary or obtained in violation of defendant's
11 Constitutional rights is **GRANTED**; (3) defendant's motion in
12 limine to exclude post-arrest statements made on January 31, 2008
13 is **DENIED.**
14    IT IS SO ORDERED.
15 **Dated:   December 10, 2009**           **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE