DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYL CURTIS GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0023 OWW |
| *Plaintiff,* | TRANSPORTATION ORDER |
| v. | |
| DARYL CURTIS GLENN, | JUDGE: Hon. Oliver W. Wanger |
| *Defendant.* | |

Upon due consideration of matters heard by this Court on December 17, 2009, **THE COURT HEREBY ORDERS** the U. S. Marshal Service to transport the defendant, Daryl Curtis Glenn, from the Fresno County Jail to his medical appointment at the California Imaging Center at 460 Kings County Drive, Hanford, California. The appointment is on December 31, 2009, at 8:15 A.M. The Marshal Service shall transport Mr. Glenn to his appointment and return him to the Fresno County Jail at the conclusion of his appointment. The Defendant shall pay his own medical costs. The Government shall pay for the cost of transportation.

**IT IS SO ORDERED.**

Dated: December 30, 2009          /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER, Senior Judge
                                  Eastern District of California