**FILED**
JAN 0 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DARYL CURTIS GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0023 OWW |
| Plaintiff, | [PROPOSED] ORDER RELEASING DEFENDANT FOR MEDICAL APPOINTMENT |
| v. | |
| DARYL CURTIS GLENN, | JUDGE: Hon. Oliver W. Wanger |
| Defendant. | |

**THE COURT HEREBY ORDERS** that Daryl Curtis Glenn shall be released from the Fresno County Jail for the purpose of attending his medical appointment at the California Imaging Center at 460 Kings County Drive, Hanford, California, on January 5, 2010. Mr. Glenn shall be released at 9:30 A.M. to Federal Defender Investigator Victor D. Gonzalez for transport to his 11:30 A.M. appointment. Mr. Gonzalez shall drive Mr. Glenn to his medical appointment and return him to the Fresno County Jail at the conclusion of the appointment. Mr. Glenn shall not disclose his release to any third party, nor have any third party communications except as necessary to his medical appointment, *with only his attorney, Mr. Gonzales, and medical personnel*.

**IT IS SO ORDERED.**

Dated: January 4, 2010

OLIVER W. WANGER, Senior Judge
Eastern District of California