1   BENJAMIN B. WAGNER
    United States Attorney
2   DAVID L. GAPPA
    BRIAN W. ENOS
3   DEANNA L. MARTINEZ
    Assistant United States Attorneys
4   2500 Tulare Street, Suite 4401
    Fresno, California 93721
5   Telephone: (559)  497-4000
    Facsimile: (559)  497-4099
6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    1:08-cr-00023 OWW
                                   )
12           Plaintiff,            )    PRELIMINARY ORDER OF
                                   )    FORFEITURE
13      v.                         )
                                   )
14  DARYL CURTIS GLENN,            )
                                   )
15           Defendant.            )
    _____)
16

17       Based upon the guilty verdicts entered against defendant

18  Daryl Curtis Glenn on December 17, 2009, and the Judge ordering

19  the forfeiture final, it is hereby ORDERED, ADJUDGED AND DECREED

20  as follows:

21       1.   Pursuant to 18 U.S.C. § 2253, defendant Daryl Curtis

22  Glenn's interest in the following property shall be condemned and

23  forfeited to the United States of America, to be disposed of

24  according to law:

25           a.   One Maxtor Hard Drive, Model STM3320620A, serial
                  number 5QF4QE9E;
26
27           b.   One Maxtor Hard Drive, Model 5T040H4, serial
                  number SG-053EDU-19661-17N-A3MP; and
28  ///

                              1              Preliminary Order of Forfeiture

c.   One Western Digital External Hard Drive, Model
WD25001032-001, serial number WMANK6049311.

2.   The above-listed property constitutes property which
contains visual depictions produced, transported, mailed,
shipped, or received in violation of 18 U.S.C. § 2252(a)(2) or
was used or intended to be used in any manner or part to commit
and to promote the commission of the aforementioned violation,
all in violation of 18 U.S.C. § 2253.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a
designee) shall be authorized to seize the above-listed property.
The aforementioned property shall be seized and held by the
United States, in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
U.S.C. § 853(n), and Local Rule 171, the United States shall
publish notice of the order of forfeiture.  Notice of this Order
and notice of the United States'(or a designee's) intent to
dispose of the property in such manner as the Attorney General
may direct shall be posted for at least 30 consecutive days on
the official internet government forfeiture site
www.forfeiture.gov.  The United States may also, to the extent
practicable, provide direct written notice to any person known to
have alleged an interest in the property that is the subject of
the order of forfeiture as a substitute for published notice as
to those persons so notified.

b.   This notice shall state that any person, other than
the defendant, asserting a legal interest in the above-listed
property, must file a petition with the Court within sixty (60)
days from the first day of publication of the Notice of

Preliminary Order of Forfeiture

Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:    February 12, 2010          /s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture