| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
DARYL CURTIS GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-0023 OWW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| DARYL CURTIS GLENN, | Date:  April 12, 2010 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Sentencing may be continued from April 5, 2010 to **April 12, 2010 at 9:00 a.m.**

    It is further agreed that the defendant shall file any Informal Objections by March 8, 2010 and that any Formal Objections shall be filed by March 22, 2010.

    This stipulation was requested by the defendant based on his need for additional time to prepare for sentencing, including the retention of and consultation with an expert.

///

///

///

///

///

```
                                        LAWRENCE BROWN
                                        United States Attorney

DATED:  February 16, 2010      By:   /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED:  February 16, 2010      By  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Daryl Curtis Glenn
```

IT IS SO ORDERED.

**Dated:   February 16, 2010**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hrg

2