1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  DARYL CURTIS GLENN

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. 1:08-cr-0023 OWW
                                      )
12 |          Plaintiff,              )
                                      )   STIPULATION TO CONTINUE SENTENCING
13 |     v.                           )   HEARING; ORDER
                                      )
14 | DARYL CURTIS GLENN,              )   Date:  April 19, 2010
                                      )   Time:  9:00 a.m.
15 |          Defendant.              )   Judge: Hon. Oliver W. Wanger
   |_____     )

16

17

        IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel
18
   of record that the Sentencing may be continued from April 12, 2010 to **April 19, 2010 at 9:00 a.m.**
19
        It is further agreed that the defendant shall file any Formal Objections by March 29, 2010 and that
20
   any government's response shall be filed by April 12, 2010.
21
        This stipulation was requested by the defendant based on his need for additional time to prepare for
22
   sentencing.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

```
                                        LAWRENCE BROWN
                                        United States Attorney

DATED: March 24, 2010            By:    /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED:  March 24, 2010           By    /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Daryl Curtis Glenn
```

**O R D E R**

IT IS SO ORDERED.

**Dated:    March 24, 2010**                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE