```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    DAVID L. GAPPA
 3  DEANNA L. MARTINEZ
    Assistant United States Attorneys
 4  4401 Federal Building
    2500 Tulare Street
 5  Fresno, California 93721
    Telephone: (559)497-4000
 6  Facsimile: (559) 497-4099
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00023-OWW |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DARYL CURTIS GLENN, | |
| Defendant. | |

WHEREAS, on February 16, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdicts entered December 17, 2009, against defendant Daryl Curtis Glenn and the Judge ordering the forfeiture final, the below-listed property was ordered forfeited to the United States:

        a.   One Maxtor Hard Drive, Model STM3320620A, serial number 5QF4QE9E;

        b.   One Maxtor Hard Drive, Model 5T040H4, serial number SG-053EDU-19661-17N-A3MP; and

        c.   One Western Digital External Hard Drive, Model WD25001032-001, serial number WMANK6049311.

AND WHEREAS, beginning on February 23, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Daryl Curtis Glenn.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   July 7, 2010**             /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE