IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DARYL CURTIS GLENN, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-F-08-23 OWW <br><br> ORDER DENYING DEFENDANT'S <br> MOTION FOR COPIES AND <br> TRANSCRIPTS (Doc. 108) |

On August 16, 2010, Defendant Daryl Curtis Glenn, acting *in pro per*, filed a motion for provision of transcripts and the docket in this action to Defendant's mother as his representative pursuant to a general power of attorney.

Defendant, represented by Carolyn Phillips, was convicted by jury trial of receipt or distribution of material involving the sexual exploitation of minors. Defendant was sentenced on May 24, 2010 and filed a Notice of Appeal on June 2, 2010. Ms. Phillips has been appointed as counsel for Defendant in connection with the appeal.

1    **Defendant's motion is DENIED.  Because Defendant is**
2    **represented by counsel on appeal, copies of transcripts and the**
3    **docket are provided to counsel as required for the appeal.  If**
4    **Defendant wants his own copies, he may either order them, paying**
5    **the copying charges required by the Clerk of the Court, or he may**
6    **obtain copies from Ms. Phillips pursuant to whatever arrangement**
7    **is reached between Defendant and Ms. Phillips.**

IT IS SO ORDERED.

**Dated:   August 24, 2010**                       /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE